```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 4  Telephone: (916) 554-2775

 5  Attorneys for Defendant

 6

 7

 8             IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN V. JOHNSON,                )   Case No. 2:08-CV-01278 GGH
                                    )
12               Plaintiff,         )   STIPULATION TO DISMISSAL AND
                                    )   AWARD OF COSTS; ORDER
13         v.                       )
                                    )
14  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security,)
15                                  )
                 Defendant.         )
16  _____)
```

17      Plaintiff John V. Johnson, appearing pro se, and defendant Michael J. Astrue, Commissioner

18  of Social Security, through his undersigned counsel of record, hereby agree and STIPULATE that the

19  above-entitled action shall be dismissed as to all parties and as to all causes of action, with prejudice.

20  The parties further stipulate that Plaintiff will be awarded costs in the amount of $350 for filing fees,

21  in accordance with 28 U.S.C. §§ 1920, 2412(a).  The parties further agree that Plaintiff will

22  withdraw, as moot, his Motion To Dismiss His Complaint, filed on July 25, 2008, and his Petition

23  For Payment Of Costs, filed on July 28, 2008.

24      IT IS SO STIPULATED

25  DATED: _____

26

27                                              _____
                                                JOHN V. JOHNSON
                                                Plaintiff, *In Pro Se*
28

---

Stipulation to Dismissal and Award of Costs;
[proposed] Order Thereon                          1

DATED: _____

McGREGOR W. SCOTT
United States Attorney

By: _____
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Defendant

_____oOo_____

**ORDER**

IT IS SO ORDERED.

DATED: 08/27/08

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge

johnson.ord